No. 8557. STATE EX REL. ROBERT H. HILL, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT ET AL., RESPONDENTS.

Decided October 2, 1944.

PER CURIAM: The writ prayed for is denied for the reason that the petition for the writ does not set forth as exhibits, the copies of orders required by subdivision 4 of Rule IV of this Court; and for the further reason that the petition indicates upon its face that the affidavit of disqualification of the Honorable David N. Nyquist was not filed within the time specified by section 8868, Revised Codes of 1935.

*Mr. Ralph J. Anderson,* for Relator.